## DENBO et al. v. ADAMS.

### No. 6242—Opinion Filed July 25, 1916.
### (158 Pac. 383.)

Error from District Court, Rogers County; T. L. Brown, Judge.

Action between Oce Denbo and others and Mrs. Sue Adams. Judgment for Mrs. Adams.

and Oce Denbo and others bring error. Reversed.

John Q. Adams and R. H. Wills, for plaintiffs in error.

Opinion by BURFORD, C. The plaintiffs in error have filed their brief in accordance with the rules of this court. The defendant in error has filed no brief, although the same is long overdue. Under such circumstances we are not required to search the record for evidence to sustain the judgment of the trial court.

The allegations of the plaintiffs in error's brief appear to fairly support the assignments of error, and the cause should therefore be reversed for further proceedings.

By the Court: It is so ordered.